# FARBER BROCKS & ZANE L.L.P.
ATTORNEYS AT LAW
400 GARDEN CITY PLAZA, SUITE 100 · GARDEN CITY, NEW YORK 11530
TEL. (516) 739-5100   ·   FAX (516) 739-5103
www.fbzlaw.com

JOSEPH K. POE
OF COUNSEL
jpoe@fbzlaw.com

August 8, 2023

**VIA ECF**

Hon. District Judge Jennifer L. Rochon
United States District Court, Southern District of New York
500 Pearl Street, Room 1920
New York, New York 10007

      Re:    **Request To Adjourn Initial Conference**
              *Colony Ins. Co. v. Erzuli, LLC, Grid Group LLC, United Specialty Ins. Co., Diamantos Svingos and Alice Boumansour-Svingos*
              Civ. Action No.: 23-cv-03874 (JLR)

Dear Hon. District Judge Rochon:

      I represent the plaintiff, Colony Insurance Company ("Colony"), in the referenced action. I write to request an adjournment of the August 23, 2023 Initial Conference in this action. All parties that have appeared consent to this request.

      The adjournment is requested to provide time for defendant Grid Group LLC to file an Answer in this action and participate in the parties' Rule 26 Conference. Additionally, I will be on vacation the week of August 14, and the parties will require additional time to prepare and file the joint letter and Civil Case Management Plan and Scheduling Order.

      The parties are mutually available for an Initial Conference on September 8, 22 and 27.

      No previous adjournment of the Initial Conference has been requested.

      Thank you for your consideration.

The request is GRANTED. The initial conference is adjourned from August 23, 2023 to **September 27, 2023 at 11:00AM**.

Dated: August 9, 2023
New York, New York

Respectfully submitted,

*/s/ Joseph K. Poe*

JOSEPH K. POE (JP 1960)

    cc:    All Counsel (Via ECF)

SO ORDERED.

*Jennifer Rochon*
_____
**JENNIFER L. ROCHON**
**United States District Judge**

{01315113.DOCX /}