UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
                                                    :

COLONY INSURANCE COMPANY,             :

                          Plaintiff,            :

                                                   :                  23-CV-3874 (JAV)
            -v-            :

                                                   :                    ORDER

ERZULI, LLC, UNITED SPECIALTY INSURANCE  :
COMPANY, DIAMANTOS SVINGOS and ALICE     :
BOUMANSOUR-SVINGOS,                          :

                        Defendants.     X

---------------------------------------------------------------------
JEANNETTE A. VARGAS, United States District Judge:

      It is HEREBY ORDERED that this matter is stayed pending further order of the Court. By April 11, 2025, the parties shall submit a joint letter regarding the status of the underlying action involving Diamantis Svingos. The parties shall submit another joint letter regarding the status of the underlying action by July 10, 2025.

SO ORDERED.

Dated: February 10, 2025                         _____
      New York, New York                            JEANNETTE A. VARGAS
                                                       United States District Judge